# In the United States Court of Federal Claims
## OFFICE OF SPECIAL MASTERS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
DEBRA L. DUDA,

     Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

     Respondent.
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

No. 19-31V
Special Master Christian J. Moran

Filed: February 12, 2021

## **ORDER**

On February 12, 2021, the parties informally communicated that they would be available for a hearing on March 18, 2021. The undersigned is available for a hearing that day so long as the hearing concludes by 3:00 P.M. (Eastern Time).

Accordingly, the following is ORDERED:

1. A pre-hearing status conference is set for **March 8, 2021, at 2:00 P.M. (Eastern Time)**.

2. A hearing is set for **Thursday, March 18, 2021, at 9:00 A.M. (Eastern Time)**. The hearing must conclude by 3:00 P.M. Petitioner should note the start and end times are in the eastern time zone.

Any questions regarding this order may be directed to my law clerk, Jason Wiener, at (202) 357-6360.

**IT IS SO ORDERED**.

                                                  s/Christian J. Moran
                                                  Christian J. Moran
                                                  Special Master